

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/1/2021
```

*86 Chambers Street, 3rd floor*
*New York. NY 10007*

March 29, 2021

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:  Wilson Granger v. Comm'r of Soc. Sec.
     20 Civ. 10023 (KPF) (BCM)

Dear Judge Moses:

Pursuant to the scheduling order in this Social Security case, the administrative record is due to be filed by March 30, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that time for filing the record be adjourned for 60 days, until June 1, 2021. The reason for this request is the agency needs more time to prepare the record.  No prior adjournment has been requested in this case.  We appreciate the Court's consideration of this request.

Application GRANTED to the extent that the deadline to file the certified administrative record is EXTENDED to **June 1, 2021**. No further extensions of this deadline will be granted absent compelling circumstances. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
April 1, 2021

Respectfully,

AUDREY STRAUSS
United States Attorney

By:     _____s/  *Susan D. Baird*_____
        SUSAN D. BAIRD
        Assistant United States Attorney
        tel. (212) 637-2713
        Susan.Baird@usdoj.gov

cc:  Charles E. Binder, Esq.