**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

WILSON GRANGER,

Plaintiff,

-v-

ANDREW M. SAUL,
Commissioner of Social Security,

Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021

20 **CIVIL** 10023 (BCM)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 29, 2021, that this action be, and

hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a hearing.

**Dated:** New York, New York
June 29, 2021

**RUBY J. KRAJICK**

Clerk of Court

BY:

_Mango_

**Deputy Clerk**